IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID STEVENS and SARAH STEVENS,

    Plaintiffs,

vs.                                               CASE NO.: 1:07cv203-SPM/AK

NATIONAL HOUSING PARTNERSHIP, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 19) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

3. Plaintiff's Unopposed Motion for an Extension of Time (doc. 18) is granted and Plaintiff will be provided additional time to respond in the event this case is reopened.

DONE AND ORDERED this 12th day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge